In the Matter of the Application of JOHN L. ARMSTRONG, Respondent, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel, etc., Appellant, to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, ■ etc., to Determine the Compensation for the Damage by Reason

of the Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.